# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DASHAUN WRIGHT,

    Petitioner,

vs.

RENEE BAKER, et al.,

    Respondents.

Case No. 3:15-cv-00426-RCJ-WGC

**ORDER**

    Respondents have filed a motion for clarification (ECF No. 13). Respondents correctly note that the due date for filing a response to the petition should have been 45 days from the date of the court's order of June 7, 2016 (ECF No. 12).

    Petitioner has filed a motion for change of venue and to be transferred accordingly (ECF No. 14). The court will modify the briefing schedule for this motion to allow respondents to file one response both to the petition and to this motion.

    IT IS THEREFORE ORDERED that respondents' motion for clarification (ECF No. 13) is **GRANTED**. Respondents will have through July 25, 2016 to file and serve a response to the petition (ECF No. 6) and to petitioner's motion for change of venue and to be transferred accordingly (ECF No. 14).

    Dated:  June 17, 2016.

                                                                      ROBERT C. JONES
                                                                    United States District Judge