```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

DASHUAN WRIGHT,                )
                               )
          Petitioner,          )
                               )
     v.                        )  Civil Action No. 16-cv-12518-PBS
                               )
RENEE BAKER,                   )  First Circuit Case No. 19-1096
                               )
          Respondent.          )
                               )
```

**ORDER**

**April 22, 2019**

Saris, C.J.

Dashaun Wright has appealed the denial of his petition for a writ of habeas corpus under 28 U.S.C. § 2254. Now before the Court is his motion to appeal in forma pauperis [ECF #108]. For the reasons set forth below, the Court DENIES the petitioner's motion. Wright may refile a motion to appeal in forma pauperis with the United States Court of Appeal for the First Circuit.

Under the Federal Rules of Appellate Procedure, a person moving for leave to appeal in forma pauperis must attach to his motion an affidavit that "(A) shows in the detail prescribed by Form 4 of the Appendix of Forms [to the Federal Rules of Appellate Procedure] the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to

redress; and (C) states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a)(1).

Wright's motion to appeal in forma pauperis consists of a one-page document in which he represents that he is unable to pay fees related to appeal proceedings because he is indigent. He does not provide any of the detailed financial information elicited by the form financial affidavit required under Rule 24(a)(1) of the Federal Rules of Appellate Procedure. This form affidavit also instructs an incarcerated appellant to include a six-month prison account statement. Wright did not file this document. Further Wright's motion to appeal in forma pauperis does not include a statement of the issues he intends to present on appeal. Without this information, the Court cannot grant his motion to appeal in forma pauperis.

Accordingly:

(1) The motion to appeal in forma pauperis [ECF #108] is DENIED. If Wright wishes to pursue in forma pauperis status on appeal, he may, within thirty (30) days, file a new motion for leave to appeal in forma pauperis with the United States Court of Appeals for the First Circuit. See Fed. R. App. P. 24(a)(5).

(2) The Clerk is directed to send Wright a copy of the form financial affidavit used by the United States Court of Appeals for the First Circuit.

(3) The Clerk is directed to transmit a copy of this order to the United States Court of Appeals for the First Circuit.

SO ORDERED.

                                       /s/ Patti B. Saris_____
                                       PATTI B. SARIS
                                       CHIEF, U.S. DISTRICT JUDGE